**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JULIA McCAIN LAMPKIN-ASAM,
          Plaintiff,

-vs-                                       Case No. 6:07-cv-116-Orl-31DAB

VOLUSIA COUNTY SCHOOL BOARD,
JUDY ANDERSON, DR. MARGARET A.
SMITH, TAMARA E. WENZEL, MARK
CORRUTHERS, DR. MICHAEL GEBEL,
DR. BRUCE HOFFEN, UNITED SELF
INSURED SERVICE, SUZANNE EVANS,
          Defendants.
_____

## ORDER

This matter comes before the Court *sua sponte*. On March 1, 2007, this Court dismissed the Plaintiff's original complaint (Doc. 1) because it was, among other things, "disjointed, repetitive, disorganized and barely comprehensible." (Doc. 46 at 1). The 34-page complaint alleged four "counts," each of which contained multiple claims. These facts, combined with the barely comprehensible style of the complaint, made it impossible to decipher which claims had been brought against which parties under which counts. (Doc. 46 at 1). The Plaintiff was instructed to create a more plain and coherent complaint, one that complied with Rule 8's admonition to provide a "short and plain statement" of the facts of the case and the claims alleged. (Doc. 46 at 2).

On March 19, 2007, the Plaintiff filed an amended complaint. (Doc. 60). Though trimmed by several pages and rewritten, the amended complaint suffers from the major shortcomings of its

predecessor.[1] The writing remains disjointed, repetitive, disorganized and barely comprehensible.[2] The six counts within the amended complaint still contain numerous claims, interspersed with photocopied document excerpts and factual allegations that could not possibly be material. Despite the alterations, this remains an unacceptable "shotgun" pleading. *See*, *e.g.*, *Strategic Income Fund, L.L.C. v. Spear, Leeds & Kellogg Corp.*, 305 F.3d 1293, 1295 n.10 (11th Cir. 2002). The Court cannot unravel this document, and the Defendants should not be required to respond to it.

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Amended Complaint (Doc. 60) is **DISMISSED WITHOUT PREJUDICE**. In addition, all pending motions in this case are **DENIED AS MOOT**.

If she so desires, the Plaintiff will be provided one final chance to draft an amended complaint that satisfies the requirements of the Federal Rules of Civil Procedure. The Plaintiff may file a second amended complaint not more than 20 days from the entry of this order. The

---

[1] The Court notes that the Plaintiff has attempted to remedy some of the original complaint's problems by adding paragraph numbers and providing somewhat more clarity as to which defendant's actions are at issue in each count or claim.

[2] For example, this is the first substantive sentence of Count I: "The Volusia County School Board is clearly liable as stated in the facts above when a student, a 13-year-old, in the eighth grade hit a teacher in the back of her head while teaching when the student was unprovoked by sneaking up behind her when the desk of the teacher was in the back of the room and should have been in the front of the room because [the Plaintiff] as a substitute teacher uses the board (in front of room) to explain math that the regular teacher had left as lesson plans, i.e. the Volusia County School Board owes <u>past, present, and future</u> medical expenses necessary [sic] resulting from [the Plaintiff] being hit in the back of her head when she has permanent damages to her head and body (heart) and other damages to her body including lost [sic] of balance due to being hit in the back of her head (See pictures 6 and 7 incorporated into this Amended Complaint.)" (Doc. 60 at 5) (emphasis in original).

Defendants need not respond to that pleading, or to any motion filed in the interim, until directed to do so by this Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 16, 2007.

                                                                                                  /s/ Gregory A. Presnell
                                                                                             GREGORY A. PRESNELL
                                                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party